| PROB 22 (CAEP) (Rev. 01/24) | DOCKET NUMBER (Tran. Court) 0972 1:20CR00195-01 |
|---|---|
| TRANSFER OF JURISDICTION | DOCKET NUMBER (Rec. Court) 2:25-cr-00328-APG-NJK |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT E-CA | DIVISION Fresno |
|---|---|---|
| Oshay Laray Pullen<br>Las Vegas, Nevada *(City/State only)* | NAME OF SENTENCING JUDGE<br>United States District Judge Jennifer L. Thurston | |
| | DATES OF PROBATION / SUPERVISED RELEASE<br>Supervised Release | FROM 1/12/2025 — TO 5/11/2027 |

**OFFENSE**

18 USC 922(g)(1) – Felon in Possession of Ammunition (CLASS C FELONY)

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

The person under supervision plans to remain in Las Vegas for the duration of his supervision.

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE    EASTERN    DISTRICT OF    CALIFORNIA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the    District of Nevada    upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

October 29, 2025
*Date*                                                                *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE        DISTRICT OF    NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

November 12, 2025
*Effective Date*                                                    *United States District Judge*

CC:    United States Attorney

UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM

RE: Oshay Laray Pullen

Case No.: **2:25-cr-00328-APG-NJK**

<u>**REQUESTING ACCEPTANCE OF
TRANSFER OF JURISDICTION**</u>

November 4, 2025

TO:   United States District Judge

The purpose of this correspondence is to request Transfer of Jurisdiction be accepted to the District of Nevada.

By way of case history, Pullen was sentenced in the Eastern District of California to 37 months custody followed by 36 months supervised release for committing the offense of Felon in Possession of Ammunition. On June 5, 2023, Pullen commenced his first term of supervision. On September 30, 2024, supervision was revoked, and Pullen was sentenced to eight (8) months custody followed by 28 months supervised release. On March 18, 2025, supervision was transferred to the District of Nevada.

Pullen intends to remain in our district for the duration of his supervision term. In order to address any matters that may require Court intervention in an efficient manner, it is respectfully requested Transfer of Jurisdiction be accepted. The Honorable Jennifer L. Thurston is in agreement with the request as observed by her signature on the attached Probation Form 22.

Should the Court agree, please countersign the attached Probation Form 22. Please feel free to contact the undersigned officer with any questions or concerns at (702) 527-7258.

Respectfully submitted,

Digitally signed by Matthew Martinez
Date: 2025.11.05 07:59:59 -08'00'

Matthew S. Martinez
Senior United States Probation Officer

Approved:

Digitally signed by Amberleigh Barajas
Date: 2025.11.04 16:55:31 -08'00'

Amberleigh Barajas
Supervisory United States Probation Officer